UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JAMES CARTER                        )
                                    )
v.                                  )   Civil Action No. 3:10-0058
                                    )   Judge Campbell/Knowles
RICKY BELL[1], ET AL.               )


## REPORT AND RECOMMENDATION

The undersigned previously entered an Order on September 1,
2010 (Docket Entry No. 65), requiring Plaintiff to file with the
Court a written explanation showing cause for his failure to
serve Defendant within 120 days after the filing of the Complaint
pursuant to Fed.R.Civ.P. 4(m).  The Order required Plaintiff to
file such explanation within twenty (20) days of the date of
entry of the Order, and it also stated in pertinent part, "If
Plaintiff fails to comply with the provisions of this Order, the
undersigned will recommend that this action be dismissed without
prejudice."

As of the date of the filing of this Report and
Recommendation, Plaintiff has failed to comply with the Court's
previous Order.  Therefore, the undersigned recommends that this
action be dismissed as to defendant, Jason Kruse, without
prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure,

---

[1] Defendants Ricky Bell and George Little have been dismissed from this action by the
Order entered by Judge Campbell on September 27, 2010.

any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court.  Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections.  Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.


E. CLIFTON KNOWLES
United States Magistrate Judge