IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES CARTER )
)
v. ) NO. 3-10-0058
) JUDGE CAMPBELL
RICKY BELL, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 72), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's claims against Defendant Jason Kruse are DISMISSED without prejudice for Plaintiff's failure to serve this Defendant within 120 days as required by Fed. R. Civ. P. 4(m).

There remains one Defendant in this action, Defendant Dale Hunt. The case is referred to the Magistrate Judge as per the Court's prior Order (Docket No. 3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE