RECEIVED
IN CLERK'S OFFICE
OCT - 4 2010
U.S. DISTRICT COURT
MID. DIST. TENN.

ORDER:
Motion denied.

*signature*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE TENNESSEE DISTRICT
AT NASHVILLE

JAMES CARTER, TDOC No. 258642, )
)
    Petitioner, )
) Civil Action No. 3:10-cv-0058
V. ) Judge Todd J. Campbell
)
RICKY J. BELL, Warden, et al., )
)
    Respondent. )

### DEFENDANT HUNT'S MOTION FOR AN ORDER TO THE TENNESSEE DEPARTMENT OF CORRECTION TO ALLOW HIM TO CONTINUE RECEIVING ALL LEGAL MAIL IN THIS ACTION AT RIVERBEND MAXIMUM SECURITY INSTITUTION

    Comes now Defendant Dale Hunt, *pro se* and pursuant to applicable Federal Rules of Civil Procedure and Local Rules of this Honorable Court, and respectfully moves the Court to issue an Order to the Commissioner of the Tennessee Department of Correction, hereinafter identified as "TDOC," and the Warden of Riverbend Maximum Security Institution, hereinafter identified as "RMSI," that directs both parties to approve and permit Defendant Hunt to continue to receive all legal mail associated with this cause of action at RMSI, 7475 Cockrill Bend Boulevard, Nashville, Tennessee 37243-0471. In support, Defendant Hunt would show that:

    1. At the time this cause of action allegedly arose, Defendant Hunt, a 38-year veteran of the TDOC, was a middle management supervisor at RMSI, a West Nashville correctional facility. Petitioners' allegations assert that Defendant Hunt's violation of Petitioner's constitutional rights arose while the Defendant was purportedly acting under color of law at RMSI and in his official capacity as a Correctional Sergeant.

    2. All mail addressed to Defendant Hunt concerning this case was subsequently mailed to him at RMSI, including receipt of his summons and Petitioner's Complaint, and he, thus,